**Order entered March 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00076-CV

### IN RE TERRENCE M. GORE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12707-U**

## ORDER
Before Justices Lang, Fillmore and Brown

Before the Court is relator's request that the Court take judicial notice of the orders, findings, conclusions and recommendations signed by the United States Magistrate Judge in the federal habeas corpus proceeding he has filed in the United States District Court for the Northern District of Texas. By opinion and order dated January 23, 2015 the Court denied relator's petition for writ of mandamus. By order dated March 3, 2015, the Court denied relator's motion for reconsideration en banc. Accordingly, we **DENY** relator's request for judicial notice as moot.

/s/     ADA BROWN
         JUSTICE